# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS GADDIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cv-00531-MHH-SGC |
| | ) | |
| JIMMY KILGORE, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION

This is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Thomas Gaddis. On May 26, 2021, the Magistrate Judge entered a report, recommending that Mr. Gaddis's claims be dismissed for failure to prosecute, for failure to assert a recognizable claim, or for failure to exhaust state court remedies. (Doc. 6). Although Mr. Gaddis was advised of his right to file specific written objections within 14 calendar days, the Court has not received objections. (Doc. 6, pp. 10-11).

Having reviewed Mr. Gaddis's amended petition for relief (Doc. 4), the Court agrees that dismissal is appropriate for failure to exhaust state court remedies and for failure to state a claim for habeas relief. Therefore, the Court will accept the Magistrate Judge's recommendation and, by separate order, dismiss this matter without prejudice. The Court will not issue a certificate of appealability.

**DONE** and **ORDERED** this June 28, 2021.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE